(12/02)

**ORIGINAL**

| United States Bankruptcy Court<br>Southern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**Nutrition for Life International, Inc.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names) |
|---|---|

| SOC. SEC./TAX I.D. NO. (If more than one, state all.)<br>65-0863582 | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**9101 Jameel**<br>**Houston, Texas 77040** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**03-33436-H2-11** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Harris County** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**9101 Jameel, Houston, Texas 77040**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☒ Debts are primarily consumer debts
☑ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☒ Individual                ☒ Corporation Publicly Held
☒ Partnership            ☑ Corporation Not Publicly Held
☒ Other: _____

A. TYPE OF BUSINESS (Check one)
☒ Professional       ☒ Transportation      ☒ Commodity Broker
☑ Retail/Wholesale   ☒ Manufacturing/      ☒ Construction
☒ Railroad              Mining              ☒ Real Estate
                     ☒ Stockbroker         ☒ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**Wholesale of Skin and Health Care Products**

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
or
b. ☒ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

United States Courts
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby, Clerk

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Doc ID WILSV-722730

F.
(12/02)

| United States Bankruptcy Court | **INVOLUNTAR** |
|---|---|
| Southern District of Texas | **PETITION** |

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names) |
|---|---|
| **Nutrition for Life International, Inc.** | |

| SOC. SEC./TAX I.D. NO. (If more than one, state all.) | |
|---|---|
| ~~476~~ | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| **9101 Jameel** <br> **Houston, Texas  77040** | |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|
| **Harris County** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**9101 Jameel, Houston, Texas  77040**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7          ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
☐ Individual          ☐ Corporation Publicly Held
☐ Partnership       ☒ Corporation Not Publicly Held
☐ Other: _____

A. TYPE OF BUSINESS (Check one)
☐ Professional   ☐ Transportation   ☐ Commodity Broker
☒ Retail/Wholesale   ☐ Manufacturing/   ☐ Construction
☐ Railroad          Mining              ☐ Real Estate
                    ☐ Stockbroker       ☐ Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**Network Marketing of Skin and Nutritional Health Care Products**

**VENUE**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

COURT USE ONLY

**ALLEGATIONS**
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Doc ID WILSV-722730

Form 5
(12/02)

Name of Debtor Nutrition for Life International,
Case No. _____
(court use only)

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _[signature]_ President<br>Signature of Petitioner or Representative (State title) | X _[signature]_ 03/03/03<br>Signature of Attorney / Date |
| **Vitarich Laboratories, Inc.**   2-14-03<br>Name of Petitioner / Date Signed<br>By: Kevin Thomas<br>Name & Mailing<br>4365 Arnold Ave<br>Naples, FL 34104<br>239-430-2266<br>Address of Individual   Same as above<br>Signing in Representative<br>Capacity    President | Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.<br>Name of Attorney Firm (If any)<br>200 Crescent Court, 11th Floor,<br>Dallas, Texas 75201<br>Address<br>(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier<br>Telephone No. |
| X<br>Signature of Petitioner or Representative (State title) | X<br>Signature of Attorney / Date |
| Name of Petitioner / Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (If any)<br>Address<br>Telephone No. |
| X<br>Signature of Petitioner or Representative (State title) | X<br>Signature of Attorney / Date |
| Name of Petitioner / Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Vitarich Laboratories, Inc. | Business Debt | $1,405,389.12 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Doc ID WILSV-722730

Form 5
(12/02)

Name of Debtor Nutrition for Life International, Inc.
Case No. _____
(court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_, CEO
Signature of Petitioner or Representative (State title)

X _[signature]_  03/03/03
Signature of Attorney  Date

**GAR Laboratories, Inc.**  2/14/03
Name of Petitioner  Date Signed
By: Tom Ruffee
Name & Mailing
GAR Laboratories, Inc.
1844 Massachusetts Ave
Riverside, CA 92507
909-788-0700

Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.
Name of Attorney Firm (If any)

200 Crescent Court, 11th Floor,
Dallas, Texas 75201

Address of Individual  SAME AS ABOVE
Signing in Representative
Capacity

Address
(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney  Date

Name of Petitioner  Date Signed

Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney  Date

Name of Petitioner  Date Signed

Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| GAR Laboratories, Inc. | Business Debt | $79,194.04 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
|  |  | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

_____ continuation sheets attached

Doc ID WILSV-722730

Form 5
(12/02)

Name of Debtor Nutrition for Life International, Inc.
Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____ Owner
Signature of Petitioner or Representative (State title)

**KAAS Publishing**
Name of Petitioner
By: Keith Schreiter
Name & Mailing
917 Oak Grove Dr
Houston, TX 77058
281-280-9800
281-486-0349
Address of Individual
Signing in Representative
Capacity

2-14-03
Date Signed

X _____ (signature) 03/03/03
Signature of Attorney                  Date

Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.
Name of Attorney Firm (if any)

200 Crescent Court, 11th Floor,
Dallas, Texas 75201
Address

(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier
Telephone No

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney                  Date

Name of Petitioner                  Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney                  Date

Name of Petitioner                  Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KAAS Publishing | Business Debt | $27,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  | $27,679.90 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Doc ID WILSV-727730

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X *Jana Mitcham* | X *[signature]* 03/03/03 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Jana Mitcham    2/16/03 | |
| Name of Petitioner         Date Signed | Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P. |
| By: Jana Mitcham | Name of Attorney Firm (If any) |
| ~~10618 Great Plains Ln~~ | |
| ~~Houston, TX 77064~~ | 200 Crescent Court, 11th Floor, |
| ~~+281-897-9060~~ | Dallas, Texas 75201 |
| Address of Individual  13719 Jarvis Rd | Address |
| Signing in Representative Capacity  Cypress, TX 77429 | (214) 871-8200 – Telephone; (214) 871-8209 – Telecopier |
| 832-515-1950 | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jana Mitcham | ~~Payroll~~ | $~~19,230~~ |
| Jana Mitcham | Retirement Fund | 88,000 |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Doc ID WILSV-722730

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _Jana Mitcham_ <br> Signature of Petitioner or Representative (State title) <br> **Jana Mitcham**  2/16/03 <br> Name of Petitioner                   Date Signed <br> By: Jana Mitcham <br> ~~10618 Great Plains Ln~~ <br> ~~Houston, TX 77064~~ <br> ~~+281-897-9060~~ <br> Address of Individual   13719 Jarvis Rd <br> Signing in Representative  Cypress, TX 77429 <br> Capacity <br>               832-515-1950 | X _Gerrit M Pronske_  03/03/03 <br> Signature of Attorney                   Date <br> **Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.** <br> Name of Attorney Firm (If any) <br> **200 Crescent Court, 11th Floor,** <br> **Dallas, Texas 75201** <br> Address <br> **(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier** <br> Telephone No. |
| X_____ <br> Signature of Petitioner or Representative (State title) <br> _____  _____ <br> Name of Petitioner                   Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | X_____ <br> Signature of Attorney               Date <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |
| X_____ <br> Signature of Petitioner or Representative (State title) <br> _____  _____ <br> Name of Petitioner                   Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative <br> Capacity | X_____ <br> Signature of Attorney               Date <br> Name of Attorney Firm (If any) <br> Address <br> Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jana Mitcham | Payroll | $19,230 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Doc ID WILSV-722730

Form 5
(12/02)

Name of Debtor Nutrition for Life International, Inc.
Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)

**New Paradigm Publishing**
Name of Petitioner
By: J. Mark Bertrand
Name & Mailing
9714 Raymont Cr
Houston, TX 77065
281-787-8331
Address of Individual
Signing in Representative
Capacity

Date Signed: 2/17/03

x _[signature]_ 03/02/03
Signature of Attorney                                      Date

Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.
Name of Attorney Firm (If any)

200 Crescent Court, 11th Floor,
Dallas, Texas 75201
Address

(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier
Telephone No.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                         Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                    Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

x _____
Signature of Attorney                         Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
|  | Business Debt | $35,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Doc ID WILSV-722730

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| X _[signature]_ | X _[signature]_ 03/03/03 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Thomas A Mitcham (P/A)  16 Feb 03 | |
| | Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P. |
| Name of Petitioner | Name of Attorney Firm (If any) |
| By: Thomas A. Mitcham   Date Signed | |
| ~~10618 Great Plains Ln~~ 13719 Jarvis Rd | 200 Crescent Court, 11th Floor, |
| ~~Houston, TX 77064~~ Cypress, TX 77429 | Dallas, Texas 75201 |
| ~~+281-897-9060~~ 832-515-1950 | |
| Address of Individual | Address |
| Signing in Representative Capacity | (214) 871-8200 – Telephone; (214) 871-8209 – Telecopier |
| | Telephone No. |

| | |
|---|---|
| X | X |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| X | X |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Thomas A. Mitcham | ~~Payroll~~ Retirement Incentive | $1,250.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

| | |
|---|---|
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x *[signed] David P. Bertrand* <br> Signature of Petitioner or Representative (State title) <br> **David Bertrand**  2/17/03 | x *[signed] Gerrit M. Pronske* 03/03/03 <br> Signature of Attorney                            Date |
| Name of Petitioner <br> By: David Bertrand                  Date Signed <br> 10622 Great Plains Ln <br> Houston, TX 77064 <br> +832-721-0325 <br> Address of Individual <br> Signing in Representative Capacity | **Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.** <br> Name of Attorney Firm (If any) <br><br> 200 Crescent Court, 11th Floor, <br> Dallas, Texas 75201 <br> Address <br><br> (214) 871-8200 – Telephone; (214) 871-8209 – Telecopier <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) | x _____ <br> Signature of Attorney                            Date |
| Name of Petitioner                         Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative Capacity | Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) | x _____ <br> Signature of Attorney                            Date |
| Name of Petitioner                         Date Signed <br> Name & Mailing <br> Address of Individual <br> Signing in Representative Capacity | Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | Payroll | $ 24,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Doc ID WILSV-722730

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _David P. Bertrand_        x _[signature]_    03/03/03
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date

**David Bertrand**   2/17/03
Name of Petitioner     Date Signed

By: David Bertrand
10622 Great Plains Ln
Houston, TX 77064
+832-721-0325
Address of Individual
Signing in Representative
Capacity

**Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.**
Name of Attorney Firm (If any)

200 Crescent Court, 11th Floor,
Dallas, Texas 75201
Address

(214) 871-8200 – Telephone; (214) 871-8209 – Telecopier
Telephone No.

---

X _____       X _____
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date

Name of Petitioner     Date Signed     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity     Address

Telephone No.

X _____       X _____
Signature of Petitioner or Representative (State title)     Signature of Attorney     Date

Name of Petitioner     Date Signed     Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity     Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
|  | American Express (co-signature) | $ |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Doc ID WILSV-722730

|  | TRANSFER OF CLAIM |
|---|---|
| ☐ | Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X *[signed] David P Bertrand* | X *[signed] Gerrit M. Pronske by GM 3/3/03* |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| **David Bertrand**    2/17/03 | **Gerrit M. Pronske, Thompson, Coe, Cousins & Irons, L.L.P.** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| By: David Bertrand | |
| 10622 Great Plains Ln | 200 Crescent Court, 11th Floor, |
| Houston, TX 77064 | Dallas, Texas 75201 |
| +832-721-0325 | |
| Address of Individual | Address |
| Signing in Representative | (214) 871-8200 – Telephone; (214) 871-8209 – Telecopier |
| Capacity | |
| | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

| X | X |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | |
| Address of Individual | Address |
| Signing in Representative | |
| Capacity | |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | Retirement account | $ 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

Doc ID WILSV-722730