Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
# United States Bankruptcy Court
## Southern District of Texas

In re    Nutrition for Life                                        Case No.  03-33486-H2-11
                                         Debtor

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Vitarich Laboratories, Inc.<br>4365 Arnold Avenue<br>Naples, FL 34104 | Vitarich Laboratories, Inc.<br>4365 Arnold Avenue<br>Naples, FL 34104 | | Disputed | 1,055,205.31 |
| Treasury Financial Management Service<br>Washington, DC | Treasury Financial Management Service<br>Washington, DC | | | 178,896.73 |
| AIT Worldwide Logistics<br>P.O. Box 66730<br>Chicago, IL 60666 | AIT Worldwide Logistics<br>P.O. Box 66730<br>Chicago, IL 60666 | | | 169,484.45 |
| Jackson Walker, LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010 | Jackson Walker, LLP<br>1401 McKinney, Suite 1900<br>Houston, TX 77010 | | | 130,912.36 |
| American Express<br>Suite 0001<br>Chicago, IL 60679-0001 | American Express<br>Suite 0001<br>Chicago, IL 60679-0001 | | | 128,001.64 |

In re  **Nutrition for Life**                                    ,    Case No. __03-33486-H2-11__
                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cramer<br>425 University Avenue<br>Norwood, MA | Cramer<br>425 University Avenue<br>Norwood, MA | | | 107,286.56 |
| Board of Equalization<br>P.O. Box 942808<br>Sacramento, CA 94208-0001 | Board of Equalization<br>P.O. Box 942808<br>Sacramento, CA 94208-0001 | | | 101,500.39 |
| Paul Bettencourt<br>P.O. Box 4622<br>Houston, TX 77210 | Paul Bettencourt<br>P.O. Box 4622<br>Houston, TX 77210 | | | 93,991.81 |
| Group Administrators - San Antonio<br>P.O. Box 780159<br>San Antonio, TX 78278-0159 | Group Administrators - San Antonio<br>P.O. Box 780159<br>San Antonio, TX 78278-0159 | | | 83,354.06 |
| Teachers Insurance & Annuity Association<br>1900 West Loop South, Suite 1300<br>Houston, TX 77027 | Teachers Insurance & Annuity Association<br>1900 West Loop South, Suite 1300<br>Houston, TX 77027 | | | 78,260.00 |
| Weaver & Amin<br>217 N. Jefferson Street, Suite 602<br>Chicago, IL 60661 | Weaver & Amin<br>217 N. Jefferson Street, Suite 602<br>Chicago, IL 60661 | | | 78,217.36 |

In re  **Nutrition for Life**  , Case No. __03-33486-H2-11__
Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Cypress Fairbanks ISD Tax Office<br>P.O. Box 692003<br>Houston, TX 77269-2003 | Cypress Fairbanks ISD Tax Office<br>P.O. Box 692003<br>Houston, TX 77269-2003 | | | 71,909.87 |
| United Paramount Tax Group<br>4025 Woodland Park Blvd., Suite 310<br>Arlington, TX 76013 | United Paramount Tax Group<br>4025 Woodland Park Blvd., Suite 310<br>Arlington, TX 76013 | | | 70,854.95 |
| Marlyn Nutraceuticals, Inc.<br>4404 East Elwood<br>Phoenix, AZ 85040 | Marlyn Nutraceuticals, Inc.<br>4404 East Elwood<br>Phoenix, AZ 85040 | | | 69,109.05 |
| Denver & Beyond, Inc.<br>5600 South Quebec, Suite 320 B<br>Greenwood Village, CO 80111 | Denver & Beyond, Inc.<br>5600 South Quebec, Suite 320 B<br>Greenwood Village, CO 80111 | | | 64,277.30 |
| Littler Mendelson, P.C.<br>P.O. Box 45547<br>San Francisco, CA 94145-0547 | Littler Mendelson, P.C.<br>P.O. Box 45547<br>San Francisco, CA 94145-0547 | | | 59,302.15 |
| Valentine Enterprises<br>940 Collins Hills Rd.<br>Lawrenceville, GA 30043 | Valentine Enterprises<br>940 Collins Hills Rd.<br>Lawrenceville, GA 30043 | | | 56,032.64 |

In re: Nautidon for Life

Case No. __03-33486-H2-11__

Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IOS Capital P.O. Box 650016 Dallas, TX 75265-0016 | IOS Capital P.O. Box 650016 Dallas, TX 75265-0016 | | | 48,881.61 |
| Transwestern York Centre, LP 13201 N.W. Freeway, Suite 518 Houston, TX 77040 | Transwestern York Centre, LP 13201 N.W. Freeway, Suite 518 Houston, TX 77040 | | | 47,994.68 |
| Wallace P.O. Box 730165 Dallas, TX 75373-0165 | Wallace P.O. Box 730165 Dallas, TX 75373-0165 | | | 47,947.31 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: June 11, 2003

Signature: _John Neubauer_
John Neubauer
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.